UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAHLI GRAY, | : | |
|     Petitioner | : | |
| vs. | : | CIVIL NO. 1:CV-15-1759 |
| | : | |
| CAPT S. SPAULDING, | : | (Judge Caldwell) |
| | : | |
|     Respondent | : | |

## *O R D E R*

And now, this 6th day of June, 2017, based on the accompanying memorandum, it is ordered that:

    1. The Petition (ECF No. 1) under 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

    2. Petitioner's motion to amend (ECF No. 8) is dismissed as moot.

    3. The Clerk of Court shall close this file.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge